UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA SMOCK,

    Plaintiff,                                    No. 18-10407

v.                                            District Judge Arthur J. Tarnow
                                                   Magistrate Judge R. Steven Whalen

ANDREW MARTIN, ET AL.,

    Defendants.
_____ /

## ORDER

The parties' Joint Motion for Order to Produce Documents Under Protective Order [Doc. #40] is GRANTED. The proposed protective order attached to the motion as Exhibit C will be entered as the order of the Court.

IT IS SO ORDERED.

Dated: July 30, 2019                              s/R. Steven Whalen
                                                         R. STEVEN WHALEN
                                                         UNITED STATES MAGISTRATE
                                                         JUDGE

## CERTIFICATE OF SERVICE

       I hereby certify on July 30, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on July 30, 2019.

                                                                        s/Carolyn M. Ciesla
                                                                        Case Manager for the
                                                                        Honorable R. Steven Whalen