UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA SMOCK,　　　　　　　　　　　Case No. 2:18-cv-10407 AJT APP

　　　　　　Plaintiff,　　　　　　　　　Hon. Arthur J. Tarnow

vs

MARK SCHLISSEL, REGENTS OF THE
UNIVERSITY OF MICHIGAN, and ANDREW
MARTIN, in their individual and
official capacities,

　　　　　　Defendants.
_____/

| | |
|---|---|
| DAVID A. NACHT P47034 | UNIVERSITY OF MICHIGAN |
| ADAM M TAUB P78334 | OFFICE OF THE VICE PRESIDENT & GENERAL COUNSEL |
| NACHTLAW, P.C. | DAVID J. MASSON P37094 |
| Attorneys for Plaintiff | Attorney for Defendants |
| 101 N. Main Street, Suite 555 | 503 Thompson Street, Room 5010 |
| Ann Arbor, MI 48104 | Ann Arbor, MI 48109-1340 |
| (734) 663-7550 | (734) 764-0304 |
| dnacht@nachtlaw.com | dmasson@umich.edu |
| ataub@nachtlaw.com | |

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

　　　The parties having stipulated and agreed, and the Court being fully advised in the premises;

　　　IT IS HEREBY ORDERED that the above matter is hereby DISMISSED with prejudice and without costs or attorney fees payable to either party.

　　　　　　　　　　　　　　　　　s/Arthur J. Tarnow
Dated: January 24, 2020　　　　　United States District Court Judge